81 F.3d 635w
 64 USLW 2632, 28 Bankr.Ct.Dec. 1138
 In re: DOW CORNING CORPORATION, Debtor.
Heidi LINDSEY, et al.; Official Committee of Tort
Claimants, et al., Plaintiffs-Appellees,
v.
O'BRIEN, TANSKI, TANZER AND YOUNG HEALTH CARE PROVIDERS OF
CONNECTICUT, et al., Defendants,
Dow Corning Corporation; The Dow Chemical Company
(95-2034/2107); Corning Inc. (95-2107); Baxter Healthcare
Corporation; Baxter International Inc. (95-2082);
Minnesota Mining and Manufacturing Co. (95-2084);
Bristol-Myers Squibb Co.; Medical Engineering Corporation
(95-2106), Defendants-Appellants.
 Nos. 95-2034, 95-2082, 95-2084,
95-2106 and 95-2107.
 United States Court of Appeals,
Sixth Circuit.
 Argued March 5, 1996.
Decided April 9, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION